**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 03:10-CV-1973-N |
| DILLON GAGE INC. OF DALLAS and DILLON GAGE INC., | § § § § | |
| Defendants. | § § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE OF DILLON GAGE INC. OF DALLAS' THIRD PARTY CLAIMS AGAINST
<u>JOSPEH A. FRISARD AND TIMOTHY SCOTT TERRY</u>**

Dillon Gage Inc. of Dallas ("Dillon Gage"), Joseph A. Frisard ("Frisard") and Timothy Scott Terry ("Terry") filed their Amended Motion for Entry of Agreed Order of Dismissal with Prejudice of Dillon Gage Inc. of Dallas' Third Party Claims Against Joseph A. Frisard and Timothy Scott Terry (the "Motion") in the above-entitled and numbered cause. The Court is of the opinion and finds that Dillon Gage, Frisard and Terry have all agreed to the entry of this Order. The Court further finds that the Motion does not address any claims Dillon Gage has raised against any other party.

It is therefore ORDERED, ADJUDGED, and DECREED that Dillon Gage's Third-Party Claims against Frisard and Terry are hereby DISMISSED WITH PREJUDICE to the rights of Third-Party Plaintiff and Third-Party Defendants to refilling any of the claims raised in this litigation. All costs of Court are taxed against the party incurring same.

SIGNED September 10, 2012.

_____
David C. Godbey
United States District Judge

**AGREED AS TO FORM AND CONTENT:**

| **STANLEY FRANK & ROSE, LLP** | **KANE RUSSELL COLEMAN & LOGAN PC** |
|---|---|
| /s/ Michael J. Stanley | /s/ Robert N. LeMay |
| Michael J. Stanley | Kenneth C. Johnston |
| Texas Bar No. 19046600 | State Bar No. 00792608 |
| | Robert N. LeMay |
| 7026 Old Katy Road, Ste. 259 | Texas Bar No. 12188750 |
| Houston, Texas 77024 | Richard L. Hathaway |
| Telephone: (713) 980-4381 | Texas Bar No. 24032278 |
| Facsimile: (713) 980-1179 | Joseph A. Hummel |
| mstanley@stanleylaw.com | State Bar No. 24056879 |
| **ATTORNEYS FOR JOSEPH A. FRISARD AND TIMOTHY SCOTT TERRY, THIRD PARTY DEFENDANTS** | 3700 Thanksgiving Tower |
| | 1601 Elm Street |
| | Dallas, TX 75201 |
| | Telephone: (214) 777-4270 |
| | Facsimile: (214) 777-4299 |
| | **ATTORNEYS FOR DILLON GAGE INC. OF DALLAS** |