IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., § § § § § § | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 3:10-CV-1973-N |
| DILLON GAGE INC. OF DALLAS, *et al.*, | | |
| Defendants. | | |

### ORDER

This Order addresses Plaintiff Ralph S. Janvey's (the "Receiver") motion for summary judgment [26] and Defendants' Dillon Gage Inc. and Dillon Gage Inc. of Dallas's (collectively, "Dillon Gage") cross motion for summary judgment [117]. Because the Court finds issues of material fact remain as to the Receiver's entitlement to recovery in this action, the Court denies both motions.

Signed June 17, 2015.

David C. Godbey
United States District Judge

ORDER – SOLO PAGE