IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL. | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 03:10-CV-1973-N-BG |
| DILLON GAGE INC. OF DALLAS and DILLON GAGE INC. | § § § § | |
| Defendants. | § | |

**PROPOSED ORDER REGARDING RECEIVER'S MOTION
FOR JUDGMENT AS A MATTER OF LAW**

Before the Court is the Receiver's Rule 50(a) Motion for Judgment as a Matter of Law. The Court has considered the motion, authorities, evidence, and arguments of counsel. The Motion is hereby GRANTED. The Receiver is hereby granted judgment as a matter of law on the following issues:

(1) the following six payments from Stanford Coins & Bullion, Inc. ("SCB") to Dillon Gage constitute fraudulent transfers under the Texas Uniform Fraudulent Transfer Act ("TUFTA"): $501,326.30 (January 23, 2009); $394,567.40 (January 27, 2009); $368,491.51 (January 30, 2009); $3,002,639.10 (February 2, 2009); $366,171.50 (February 6, 2009); and $486,959.86 (February 13, 2009).

(2) Dillon Gage did not receive any of the six transfers from SCB in good faith.

2

Signed this _____ day of _____, 2015

_____

HON DAVID C. GODBEY

UNITED STATES DISTRICT JUDGE

PROPOSED ORDER REGARDING
RECEIVER'S MOTION FOR JUDGMENT
AS A MATTER OF LAW

2