IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DILLON GAGE INC. OF DALLAS and DILLON GAGE INC.<br><br>　　　　　　　Defendants. | §§§§§§§§§§§§§ | Case No. 03:10-CV-1973-N-BG |

**STIPULATION REGARDING RULINGS
ON OBJECTIONS TO DEPOSITION DESIGNATIONS**

The parties hereby jointly stipulate that the Court's rulings regarding the parties' respective objections to deposition designations are reflected in Exhibit A to this stipulation. The notation "S" indicates that the Court sustained the objection, and the notation "O" indicates that the Court overruled the objection. The Court made these rulings prior to the deposition testimony being presented to the jury, and the parties agreed that there was no need for either party to re-assert the objections during the presentation of the testimony to the jury. The reporter's record controls as to what testimony was actually presented to the jury.

Signed this ___ day of _____ 2015

                                                       _____
                                                       DAVID C. GODBEY
                                                       UNITED STATES DISTRICT JUDGE

**AGREED AND ENTRY REQUESTED:**

**BAKER BOTTS L.L.P.**                                                                                      Date: July 10, 2015

By: */s/ Kevin M. Sadler*
Kevin M. Sadler
Texas Bar No. 17512450
kevin.sadler@bakerbotts.com
Robert I. Howell
Texas Bar No. 10107300
robert.howell@bakerbotts.com
David T. Arlington
Texas Bar No. 00790238
david.arlington@bakerbotts.com
Brendan A. Day
Texas Bar No. 24052298
brendan.day@bakerbotts.com
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701-4039
(512) 322-2500
(512) 322-2501 (Facsimile)

Timothy S. Durst
Texas Bar No. 00786924
tim.durst@bakerbotts.com
Christopher Norfleet
Texas Bar No. 24070338
christopher.norfleet@bakerbotts.com
2001 Ross Avenue
Dallas, Texas 75201
(214) 953-6500
(214) 953-6503 (Facsimile)

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

**GRUBER HURST ELROD JOHANSEN HAIL SHANK LLP**     Date: July 10, 2015

By: */s/ Laura M. Fontaine*
Orrin L. Harrison III
Texas Bar No. 09130700
oharrison@ghjhlaw.com
Michael J. Lang
Texas Bar No. 24036944
mlang@ghjhlaw.com
Laura M. Fontaine
Texas Bar No. 24065239
lfontaine@ghjhlaw.com
Priya A. Bhaskar
Texas Bar No. 24082690
pbhaskar@ghjhlaw.com
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202-2711
(214) 855-6800
(214) 855-6808 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**
**DILLON GAGE INC. OF DALLAS AND DILLON GAGE INC.**

## CERTIFICATE OF SERVICE

       On July 10, 2015, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve all counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                                                                            */s/ Kevin M. Sadler*
                                                                            Kevin M. Sadler