IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| RALPH S. JANVEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1973-N |
| | § | |
| DILLON GAGE INC. OF DALLAS, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

### COURT'S LIST OF ADMITTED TRIAL EXHIBITS

Attached is the list of exhibits admitted during the civil jury trial which began on Monday, July 6, 2015 and ended Friday, July 10, 2015.

TRIAL EXHIBIT LIST - See Attachment

# Master Exhibit List (Janvey v Dillon Gage)

| Exhibit # | Date | Description | Admitted | Admitted Date / Witness | Additional Information |
|---|---|---|---|---|---|
| P015 | 00/00/2008 | SIB Marketing Brochure | Admitted | 7/06/2015 - Janvey | |
| P016 | 06/30/2008 | Investment Portfolio Summary Information (KVT- 8 from KVT's Declaration dated 2009.07.27) | Pre-Admitted | 7/06/2015 - Janvey | |
| P023 | 02/16/2009 | Order Appointing Receiver, Case 3:09-cv-0298-N | Admitted | 7/06/2015 - Janvey | |
| P024 | 08/27/2009 | James Davis plea agreement and transcript of rearraignment (2015.03.16 Declaration, KVT-9) | Admitted | 7/07/2015 - Van Tassel | |
| P032 | 01/26/1999 | Letter from J. Davis to J. Frisard (2015.05.19 Declaration, KVT-92) | Admitted | 7/07/2015 - Janvey | |
| P041 | 01/21/2000 | Release and Indemnity Agreement between Joe Frisard, J&S Coins & Bullion, and SFGC (2015.05.19 Declaration, KVT-96) | Admitted | 7/07/2015 - Janvey | |
| P045 | 07/25/2003 | Email from L. Fischer to J. Frisard FW: Radio Campaign Follow-Up Items, with attachments (2015.03.16 Declaration, KVT-50) | Admitted | 7/07/2015 - Van Tassel | Admitted not for truth of the matter asserted but simply to prove the content of SCB's communication with actual and prospective customers |
| P048 | 09/30/2003 | Email from Al Rincohn to M. Alvarado, J. Davis, and Y. Suarez RE: Stanford Coins & Bullion (2015.05.19 Declaration, KVT-112) | Admitted | 7/07/2015 - Van Tassel | |
| P051 | 12/02/2003 | Email from G. Lopez for R. Allen Stanford re spreadsheets on proposed reorganization, with attachments (2015.05.19 Declaration, KVT-113, KVT-114, KVT-117) | Admitted | 7/07/2015 - Van Tassel | Admitted not for truth of the matter asserted but simply to prove the content of the communication among Stanford personnel at the time |
| P055 | 01/01/2005 | Advertising Cost Sharing Agreement between SFGC and SCB (2015.03.16 Declaration, KVT-25) | Pre-Admitted | 7/07/2015 - Van Tassel | Admitted not for truth of the matter asserted but simply to prove the content of the communication among Stanford personnel at the time |
| P057 | 02/18/2005 | Stanford Group Holdings, Inc., Consolidated Financial Statements as of 12/31/2004 (2015.05.19 Declaration, KVT-119) | Pre-Admitted | 7/07/2015 - Van Tassel | |
| P068 | 03/23/2006 | Collection of Promissory Notes between SCB and other Stanford Entities (2015.03.16 Declaration, KVT-26) | Admitted | 7/07/2015 - Van Tassel | |
| P069 | 03/28/2006 | SCB's audited financials from 2004 through 2007 (2015.03.16 Declaration, KVT-13) | Pre-Admitted | 7/07/2015 - Van Tassel | |
| P073 | 00/00/0000 | Dillon Gage Customer Information Sheet re: Stanford Financial (2015.03.16 Declaration, KVT-14) | Pre-Admitted | 7/08/2015 - Van Tassel | |
| P076 | 12/04/2006 | SCB Quarterly Business Review, December 4, 2006, Joe Frisard and Scott Terry (2015.03.16 Declaration, KVT-20) | Pre-Admitted | 7/07/2015 - Van Tassel | |
| P086 | 08/10/2007 | Promissory Note with SIB (2015.05.19 Declaration, KVT-107) | Pre-Admitted | 7/07/2015 - Van Tassel | |
| P094 | 05/19/2008 | Email from D. Bishop to S. Terry RE: SCB to SIBL 8.doc; email from S. Terry to SFG Treasury re: Wire Request, with attachment (2015.03.16 Declaration, KVT-71) | Admitted | 7/07/2015 - Van Tassel | |
| P102 | 01/21/2009 | Email from J. Frisard to S. Reichenberger FW: Tower of Power Images, with attachments (2015.03.16 Declaration, KVT-15) | Pre-Admitted | | |
| P104 | 01/23/2009 | Email from D. Bishop to S. Terry RE: Note from BoA | Admitted | 7/08/2015 - Terry | |
| P110 | 02/17/2009 | SCB Balance Sheet Trending, SCB Income Statement Trending, SCB Cash Flow Trending | Pre-Admitted | | |
| P111 | 02/17/2009 | January 2006 - February 17, 2009 SCB General Ledger | Pre-Admitted | | |
| P111-A | 02/17/2009 | January 2009 - February 17, 2009 SCB General Ledger | Pre-Admitted | | |
| P114 | 00/00/0000 | SCB marketing brochure - Stanford Coins & Bullion (part of 2015.03.16 Declaration, KVT-39) | Admitted | 7/07/2015 - Janvey | |

# Master Exhibit List (Janvey v Dillon Gage)

| Exhibit # | Date | Description | Admitted | Admitted Date / Witness | Additional Information |
|---|---|---|---|---|---|
| P121 | 00/00/0000 | Dillon Gage Shipping Procedures | Pre-Admitted | | |
| P122 | 11/29/2004 | Letter from T. Hanlon to J. Frisard | Pre-Admitted | | |
| P123 | 02/13/2008 | Email from J. Frisard to I. Fritz RE: [no subject] | Pre-Admitted | | |
| P124 | 04/21/2008 | Email from I. Fritz to J. Frisard RE: received your check | Pre-Admitted | 7/08/2015 - Fritz | |
| P125 | 05/20/2008 | Email from T. Hanlon to S. Reichenberger and I. Fritz RE: stanford..... (2015.03.16 Declaration, KVT-72) | Pre-Admitted | 7/08/2015 - Fritz | |
| P126 | 05/22/2008 | Email from I. Fritz to T. Hanlon RE: shall we send anything of stanford's orders? (2015.03.16 Declaration, KVT-73) | Pre-Admitted | 7/09/2015 - Hanlon | |
| P127 | 07/03/2008 | Email from J. Frisard to I. Fritz RE: invoices | Pre-Admitted | 7/08/2015 - Fritz | |
| P128 | 09/15/2008 | Email from J. Frisard to I. Fritz RE: R u guys ok?  Do you want us to hold shipments for you? | Pre-Admitted | | |
| P129 | 11/19/2008 | Email from S. Reichenberger to M. Jeddeloh and Metals Exec Group re: there is no animosity on this | Pre-Admitted | | |
| P130 | 11/26/2008 | Email from I. Fritz to J. Frisard re: $$$ | Pre-Admitted | | |
| P131 | 12/09/2008 | Email from J. Frisard to M. Ramirez FW: a/r (2015.03.16 Declaration, KVT-76) | Pre-Admitted | | |
| P132 | 12/16/2008 | Email from I. Fritz to J. Frisard re: Invoices | Pre-Admitted | | |
| P134 | 01/20/2009 | Ck # 10607 from SCB to Dillon Gage, Inc. in the amount of $263,584.69 | Pre-Admitted | | |
| P135 | 01/21/2009 | Email from S. Terry to I. Fritz and T. Hanlon and J. Frisard re: DG Invoice Review, with attachment | Pre-Admitted | | |
| P136 | 01/22/2009 | Email from T. Hanlon to S. Reichenberger and I. Fritz RE: do i keep releasing orders to go to stanford (2015.03.16 Declaration, KVT-78) | Pre-Admitted | 7/08/2015 - Van Tassel | |
| P137 | 01/23/2009 | Collection of SCB payment vouchers (2015.03.16 Declaration, KVT-69) | Pre-Admitted | 7/08/2015 - Fritz | |
| P138 | 01/25/2009 | Email from T. Hanlon to S. Reichenberger and Metals Exec Group, RE: not shipping to stanford.... (2015.03.16 Declaration, KVT-79) | Pre-Admitted | 7/08/2015 - Van Tassel | |
| P139 | 01/30/2009 | Email from I. Fritz to T. Hanlon RE: stanford sent $369-brings them down to $830K | Pre-Admitted | 7/08/2015 - Fritz | |
| P140 | 02/02/2009 | Previous Day Balance Report | Pre-Admitted | | |
| P141 | 02/02/2009 | Email from A. Foden to M. Lazarov FW: SCB Sales Orders, with attachments | Admitted | 7/07/2015 - Janvey | |
| | 02/13/2009 | | | | |
| P144 | 02/02/2009 | Trustmark Private Notifications | Admitted | 7/07/2015 - Janvey | |
| P145 | 02/02/2009 | Trustmark Preview Payment (2015.03.16 Declaration, KVT-66) | Pre-Admitted | | |
| P146 | 02/02/2009 | Same Day Balance Report (2015.03.16 Declaration, KVT-67) | Pre-Admitted | | |
| P147 | 02/02/2009 | FED Message (2015.03.16 Declaration, KVT-68) | Pre-Admitted | 7/07/2015 - Janvey | |
| P148 | 02/02/2009 | Email from J. Frisard to M. Ramirez FW: Invoices, with attached invoices 162206 and 162205 (2015.03.16 Declaration, KVT-80) | Pre-Admitted | 7/07/2015 - Janvey | |
| P149 | 02/02/2009 | Email from T. Hanlon to R. Nelson, S. Reichenberger, and Metals Exec Group RE: I sold 101 x kilogold bars to stanford (holding for instructions), we are hedging them till we are paid and then bars available to order from mtb (2015.03.16 Declaration, KVT-81) | Pre-Admitted | 7/07/2015 - Janvey | |
| P150 | 02/03/2009 | Fax from Karina of stanford to DG Shipping Dept. transmitting Packing Slip for 100 32.15 oz Kilo Gold Bars | Pre-Admitted | | |

ACTIVE 19436375.3

## Master Exhibit List (Janvey v Dillon Gage)

| Exhibit # | Date | Description | Admitted | Admitted Date / Witness | Additional Information |
|---|---|---|---|---|---|
| P151 | 02/03/2009 | Fax from Karina of Stanford to DG Shipping Dept. transmitting Packing Slip for 1 32.15 oz Kilo Gold Bar | Pre-Admitted | | |
| P153 | 02/12/2009 | Email from I. Fritz to T. Hanlon re: called Scott at Stanford - told him we need to be flat at 2/27 in order to ship.. He is talking to Joe (2015.03.16 Declaration, KVT-82) | Pre-Admitted | | |
| P154 | 02/13/2009 | Email from I. Fritz to T. Hanlon FW: [no subject] (2015.03.16 Declaration, KVT-84) | Pre-Admitted | 7/08/2015 - Van Tassel | |
| P155 | 02/18/2014 | Notice of Determination to Claimant Pre-War Art, Inc., Regarding Claim Numbers Stanford-1010925-0 and Stanford-1014221-5 | Pre-Admitted | | |
| P156 | 01/21/2009 | Audio, Telephone Call, J. Frisard and S. Reichenberger, 1/21/2009 11:15 am, 014T3R.wav | Pre-Admitted | | |
| P157 | 01/21/2009 | Certified Transcript, Telephone Call, J. Frisard and S. Reichenberger, 1/21/2009 11:15 am, 014T3R.wav | Pre-Admitted | | |
| P158 | 01/22/2009 | Audio, Telephone Call, T. Hanlon and S. Terry, 1/22/2009 3:12 pm, 016BG1E.wav (2012.12.07 Declaration, KVT-6 (audio portion)) (Ex. 4 to Hanlon deposition) | Pre-Admitted | 7/07/2015 - Janvey | |
| P160 | 01/22/2009 | Certified Transcript, Telephone Call, T. Hanlon and S. Terry, 1/22/2009 3:12 pm, 016BG1E.wav | Pre-Admitted | 7/07/2015 - Janvey | |
| P161 | 01/22/2009 | Audio, Telephone Call, M. Jeddeloh, J. Frisard, and T. Hanlon, 1/22/2009 4:06 pm, 016ERS.wav | Pre-Admitted | 7/07/2015 - Janvey | |
| P162 | 01/22/2009 | Certified Transcript, Telephone Call, M. Jeddeloh, J. Frisard, and T. Hanlon, 1/22/2009 4:06 pm, 016ERS.wav | Pre-Admitted | | |
| P163 | 02/02/2009 | Audio, Telephone Call, J. Frisard and S. Reichenberger, 2/02/2009 9:57 am, 01EW4R.wav | Pre-Admitted | | |
| P164 | 02/02/2009 | Certified Transcript, Telephone Call, J. Frisard and S. Reichenberger, 2/02/2009 9:57 am, 01EW4R.wav | Pre-Admitted | | |
| P165 | 02/02/2009 | Audio, Telephone Call, Mitch, Bill, M. Jeddeloh, and S. Reichenberger, 2/02/2009 10:09 am, 01EWW2.wav | Pre-Admitted | | |
| P166 | 02/02/2009 | Certified Transcript, Telephone Call, Mitch, Bill, M. Jeddeloh, and S. Reichenberger, 2/02/2009 10:09 am, 01EWW2.wav | Pre-Admitted | | |
| P167 | 02/12/2009 | Audio, Telephone Call, I. Fritz and S. Terry, 2/12/2009 11:23 am, Terry.wav | Pre-Admitted | | |
| P168 | 02/12/2009 | Certified Transcript, Telephone Call, I. Fritz and S. Terry, 2/12/2009 11:23 am, Terry.wav | Pre-Admitted | 7/08/2015 - Terry | |
| P169 | 02/13/2009 | Audio, Telephone Call, I. Fritz and J. Christiansen, 2/13/2009 10:05 am, 58726716.wav | Pre-Admitted | | |
| P170 | 02/13/2009 | Certified Transcript, Telephone Call, I. Fritz and J. Christiansen, 2/13/2009 10:05 am, 58726716.wav | Pre-Admitted | 7/07/2015 - Janvey | |
| P171 | 02/13/2009 | Audio, Telephone Call, I. Fritz and J. Frisard, 2/13/2009 10:23 am, frisard.wav | Pre-Admitted | | |
| P172 | 02/13/2009 | Certified Transcript, Telephone Call, I. Fritz and J. Frisard, 2/13/2009 10:23 am, frisard.wav | Pre-Admitted | | |
| P173 | 02/19/2009 | Audio, Telephone Call, M. Lazarov and T. Hanlon, 2/19/2009 11:48 am, 01XWN1D.wav | Pre-Admitted | 7/09/2015 - Hanlon | |
| P174 | 02/19/2009 | Certified Transcript, Telephone Call, M. Lazarov and T. Hanlon, 2/19/2009 11:48 am, 01XWN1D.wav | Pre-Admitted | 7/09/2015 - Hanlon | |

ACTIVE 19436375.3

## Master Exhibit List (Janvey v Dillon Gage)

| Exhibit # | Date | Description | Admitted | Admitted Date / Witness | Additional Information |
|---|---|---|---|---|---|
| P175 | 02/23/2009 | Audio, Telephone Call, T. Hanlon and J. Frisard, 2/23/2009 4:07 pm, 02IJT1D.wav | Pre-Admitted | | |
| P176 | 02/23/2009 | Certified Transcript, Telephone Call, T. Hanlon and J. Frisard, 2/23/2009 4:07 pm, 02IJT1D.wav | Pre-Admitted | | |
| P183 | 00/00/0000 | Curriculum Vitae of Karyl Van Tassel (2015.03.16 Declaration, KVT-1) | Admitted | 7/07/2015 - Van Tassel | |
| P189 | 00/00/0000 | SCB Policies & Procedures | Pre-Admitted | | |
| P190 | 07/15/2011 | Agreed Order Regarding Application to Interplead Funds, Pre-War Art, Inc., et al. v Stanford Coins & Bullion, Inc., et al. (3:09-cv-559) | Admitted | 7/07/2015 - Janvey | |
| D002 | 00/00/0000 | Dillon Gage Transaction History Report and Invoices | Pre-Admitted | | |
| D004 | 00/00/0000 | Audio recording of telephone conversation between Melissa Lazarov and Dillon Gage | Pre-Admitted | | |
| D005 | 00/00/0000 | Audio recording of telephone conversation between Joe Frisard and Mary Jeddeloh | Pre-Admitted | | |
| D007 | 00/00/2009 | Stanford Financial Receivership, Stanford Coins and Bullion 2009 Customers with Potential SGC and SIB Overlap Indicators | Pre-Admitted | | |
| D010 | 01/00/2009 - 02/00/2009 | Stanford Coins & Bullion, Inc., Custom Account Detail, 20300 – Accounts Payable – Other, and Custom Account Detail, Jan 2009, Feb 2009 | Pre-Admitted | | |
| D014 | 00/00/0000 | Summary of voluminous documents - Invoices, payment voucher and shipping information | Pre-Admitted | 7/08/2015 - Fritz | |
| D015 | 00/00/0000 | Summary of voluminous documents - Invoices, payment voucher and shipping information | Pre-Admitted | 7/08/2015 - Fritz | |
| D016 | 00/00/000 | Summary of voluminous documents - Transaction history report, invoices and shipping information | Pre-Admitted | 7/08/2015 - Fritz | |
| D017 | 00/00/0000 | Summary of voluminous documents - Invoices, payment voucher and shipping information | Pre-Admitted | 7/08/2015 - Fritz | |
| D018 | 00/00/0000 | Summary of voluminous documents - Invoices, payment voucher and shipping information | Pre-Admitted | 7/08/2015 - Fritz | |
| D019 | 00/00/000 | Summary of voluminous documents - Invoices, payment voucher and shipping information | Pre-Admitted | 7/08/2015 - Fritz | |
| D025 | 01/01/2009 | Stanford Coins & Bullion, Inc., SCB Physical Inventory Worksheet as of January 1, 2009 | Pre-Admitted | | |
| D026 | 01/01/2009 | Stanford Coins & Bullion, Inc., Open Bills as of January 1, 2009 | Pre-Admitted | | |
| D029 | 01/07/2009 | Audio of phone call between Joe Frisard and Sid Reichenberger, 8:49 am | Pre-Admitted | | |
| D031 | 01/19/2009 | Email from Joe Frisard to Millie Pugh, FW: Terry's schedule for 1/20/09 | Pre-Admitted | | |
| D032 | 01/20/2009 | Transcript of phone call between Joe Frisard and Mary Jeddeloh, 2:20 pm | Pre-Admitted | | |
| D033 | 01/20/2009 | Audio of phone call between Joe Frisard and Mary Jeddeloh, 2:20 pm | Pre-Admitted | | |
| D040 | 01/22/2009 | Email from Terry Hanlon to Sid Reichenberger, RE: do I keep releasing orders to go to stanford | Pre-Admitted | 7/08/2015 - Fritz | |
| D044 | 01/25/2009 | Email from Terry Hanlon to Sid Reichenberger and Metals Exec Group, RE: not shipping to stanford.... | Pre-Admitted | | |

# Master Exhibit List (Janvey v Dillon Gage)

| Exhibit # | Date | Description | Admitted | Admitted Date / Witness | Additional Information |
|---|---|---|---|---|---|
| D046 | 01/27/2009 | Email from Marbella Ramirez to Ira Fritz, Invoices paid by Wire 1-27-09, with payment voucher attached | Pre-Admitted | | |
| D047 | 01/28/2009 | Stanford Sales Order #S5310 to Gagosian Gallery for 100 32.15 oz. Kilo Gold Bars, $2,998,630 | Pre-Admitted | | |
| D048 | 01/28/2009 | Stanford Sales Order #S5308 to Gagosian Gallery for 1 32.15 oz. Kilo Gold Bar, $29,983 | Pre-Admitted | | |
| D052 | 02/01/2009 | Dillon Gage - Activity Transaction History Summary Report - 2/1/2009 through 12/31/2009 | Pre-Admitted | | |
| D053 | 02/02/2009 | Dillon Gage Balance Report from Compass Bank | Pre-Admitted | | |
| D056 | 02/02/2009 | Email from Joe Frisard to Sid Reichenberger (no subject line) | Pre-Admitted | | |
| D058 | 02/02/2009 | Email from Ira Fritz to Joe Frisard (no subject line) | Pre-Admitted | | |
| D064 | 02/02/2009 | String email from Ira Fritz to Joe Frisard re: Invoices | Pre-Admitted | | |
| D066 | 02/02/2009 | String email from Jaclyn V. Tejeda to Sid Reichenberger, Joe Frisard, Karina V. Vargas, and Antonia Vincenti re: shipping dates for the kilo bar | Admitted | 7/07/2015 - Janvey | |
| D067 | 02/03/2009 | Dillon Gage Sales Order re: 1 Kilo bar | Pre-Admitted | | |
| D068 | 02/03/2009 | Fax from Karina of Stanford to DG Shipping Dept. transmitting Packing Slip for 100 32.15 oz Kilo Gold Bars ("please send by armored...") | Pre-Admitted | | |
| D069 | 02/03/2009 | Fax from Karina of Stanford to DG Shipping Dept. transmitting Packing Slip for 1 32.15 oz Kilo Gold Bar ("please send regist. mail...") | Pre-Admitted | | |
| D070 | 02/03/2009 | Email from Joe Frisard to Sid Reichenberger, no subject | Pre-Admitted | | |
| D071 | 02/05/2009 | String email from Joe Frisard to Melissa Lazarov re: Chris Burden at Gagosian Gallery, Beverly Hills | Pre-Admitted | | |
| D072 | 02/06/2009 | Payment Voucher and Invoice | Pre-Admitted | | |
| D074 | 02/12/2009 | Email from Joe Frisard to Melissa Lazarov, RE: gold | Pre-Admitted | | |
| D079 | 02/13/2009 | Email from Marbella Ramirez to Ira Fritz, SCB Payment Remittance, with payment voucher attached | Pre-Admitted | | |
| D119 | 03/16/2015 | KVT-19: Exhibit 19 to the Second Supplemental Declaration of Karyl Van Tassel. | Pre-Admitted | | |
| D120 | 06/20/2012 | Marla Reynolds Exhibit 1 Doc 41-9, Page 19 of 75 Appendix 0584 | Pre-Admitted | | |
| D121 | 06/20/2012 | Marla Reynolds Exhibit 2 Doc 41-9, Page 21 of 75 Appendix 0586 | Pre-Admitted | | |
| D123 | 06/20/2012 | Marla Reynolds Exhibit 6 Doc 41-10, Page 11 of 75 Appendix 0651 | Pre-Admitted | | |
| D134 | | Paul French, PF 3rd Rebuttal Report Exhibit 11 – SCB Customer List | Pre-Admitted | | |
| D146 | 02/19/2009 | Certified transcript of phone call between Melissa Lazarov, Mitch and Mary Jeddeloh | Pre-Admitted | | |
| D147 | 02/02/2009 | Certified transcript of phone call between Joe Frisard and Mary Jeddeloh | Pre-Admitted | | |
| D148 | 01/07/2009 | Certified transcript of phone call between Joe Frisard and Sid Reichenberger | Pre-Admitted | | |