IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, Receiver, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1973-N |
| | § | |
| DILLON GAGE INC. OF DALLAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **VERDICT OF THE JURY**

We, the jury, have answered the above questions as indicated, and now return those questions and answers to the Court as our verdict.

SIGNED this  10th  day of July, 2015.

*Rebecca Pesek*
_____
PRESIDING JUROR

COURT'S CHARGE – PAGE 15