CHAMBERS OF DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE
1100 COMMERCE STREET, ROOM 1358
DALLAS, TEXAS 75242

3:10 cv 1973-N
Janvey v. Dillon Gage Inc.

Jury note



FILED
JUL 10 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
By _____ Deputy

We would like to see the chart that shows cash vs. liabilities

Becki Pesek
7/10/15
12:03 p.m.

That chart was not an exhibit that was admitted into evidence, so we cannot provide it to you.

D. McKinley