IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, RECEIVER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-01973-N |
| | § | |
| DILLON GAGE INC. OF DALLAS and | § | |
| DILLON GAGE, INC. | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses Plaintiff Ralph S. Janvey's (the "Receiver") Rule 50(b) post-trial motion for judgment as a matter of law [232]. After considering all of the evidence and drawing all reasonable inferences in favor of the nonmoving party, the Court finds that a reasonable jury could have concluded, as this jury did, *see* Court's Charge to the Jury 8 [224], that the transfers in dispute were not fraudulent transfers. Accordingly, the Court denies the Receiver's motion.

Signed November 4, 2015.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE