IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, RECEIVER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-01973-N |
| | § | |
| DILLON GAGE INC. OF DALLAS and | § | |
| DILLON GAGE, INC., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

This case was called to trial on July 6, 2015. A jury was empaneled and on July 10, 2015 returned its verdict. By separate Order of this same date, the Court denied Plaintiff Ralph S. Janvey's (the "Receiver") post-trial motion for judgment as a matter of law. Based on the jury's verdict, the Court renders judgment as follows: (1) the Receiver shall take nothing on his claims against Defendants Dillon Gage Inc. of Dallas and Dillon Gage, Inc. (collectively, "Dillon Gage"), *see* Court's Charge to the Jury 8 [224]; (2) Dillon Gage's claims against Joseph A. Frisard and Timothy Scott Terry are dismissed with prejudice, *see* [50] *and* [51]; and (3) Dillon Gage's counterclaims against the Receiver are dismissed with prejudice, *see* [111].

Court costs will be taxed against the Receiver. All relief not expressly granted is denied. This is a final judgment.

Signed November 4, 2015.

_____
David C. Godbey
United States District Judge