IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § § | |
| Plaintiff, | § § | Case No. 3:10-CV-1973-N-BG |
| v. | § § | |
| DILLON GAGE INC. OF DALLAS AND DILLON GAGE INC., | § § § § | |
| Defendants. | | |

## NOTICE OF APPEAL

Plaintiff Ralph S. Janvey, in his capacity as the Court-appointed receiver for the Stanford International Bank, Ltd., *et al.* (the "Receiver"), files this notice of appeal as follows:

1. The party taking this appeal is the Receiver.

2. The Receiver is hereby appealing the Court's Order and Final Judgment [Docs. 236 and 237] entered in this action on November 4, 2015.

3. This appeal is taken to the United States Court of Appeals for the Fifth Circuit.

- 2 -

Dated:  December 2, 2015

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ Kevin M. Sadler*
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    Stephanie F. Cagniart
    Texas Bar No. 24079786
    stephanie.cagniart@bakerbotts.com
    1500 San Jacinto Center
    98 San Jacinto Blvd.
    Austin, Texas  78701-4078
    Tel: 512.322.2500
    Fax: 523.322.2501

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

**CERTIFICATE OF SERVICE**

  On December 2, 2015, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve all counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                /s/ *Kevin M. Sadler*
                Kevin M. Sadler